# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
### COVINGTON DIVISION

| | |
|---|---|
| **IN RE: PILOT FLYING J REBATE LITIGATION** | MDL Docket No: 2515 |
| ———————————————— | The Honorable Amul R. Thapar |
| This Document Relates to All Cases | |

## DEFENDANT PILOT TRAVEL CENTERS LLC'S
## NOTICE OF ISSUES FOR STATUS CONFERENCE

Pursuant to this Court's request [Dkt. 204], Defendant Pilot Travel Centers LLC ("Pilot") hereby submits this notice of relevant issues to be addressed at the upcoming telephonic status conference scheduled for May 11, 2015.

To date, Plaintiffs have sought an excessively broad scope of discovery that is not reasonably tied to the claims at issue and disproportionate to the amount in controversy. Plaintiffs have already served Pilot with 67 document requests, 45 requests for admission and 28 interrogatories, and Plaintiffs have indicated they will likely issue more discovery requests. Plaintiffs have also issued third-party subpoenas to at least six of Pilot's auditors and accountants. Plaintiffs have taken three depositions, and are scheduled to take a fourth later this week. Nonetheless, Plaintiffs now seek to expand the number of depositions to allow them to take at least 40. When asked to identify the purportedly "key witnesses" they wished to depose, Plaintiffs identified a laundry list of individuals that had nothing to do with these remaining three Plaintiffs or their accounts with Pilot, and sought to depose seven or more third parties that are not relevant or, at best, collateral to their claims.

The costs of this litigation have quickly dwarfed the potential recoveries here. As this Court may recall, Pilot settled the potential claims of 99% of its customers relating to its rebate

and discount program under a global settlement. Pilot paid these customers 100% of any funds that were determined to be owed them after an internal audit (the "Internal Audit"), plus interest. Pilot has also been able to settle with the Plaintiffs in this MDL that had the largest claims. The remaining Plaintiffs here are owed individually as little as $2,457, and, in aggregate, less than $60,000. And counsel for HB Logistics LLC and FST Express, Inc. have recently filed a third federal lawsuit, which is subject to consolidation here, on behalf of Dick Lavy Trucking, Inc., a plaintiff that has no damages – Pilot tendered two checks to Dick Lavy Trucking for the discrepancies identified during the Internal Audit, and Dick Lavy Trucking cashed those checks on October 29, 2013 and December 20, 2013.

Pilot also has issues with certain discovery failures on Plaintiffs' part, including several Plaintiffs' failure to adequately respond to Pilot's interrogatories, but has not completed the procedures established in the Order dated February 13, 2015 [Dkt. 168]. Pilot notes that it has produced over 52 gigabytes of data to Plaintiffs, and continues to collect and produce responsive documents. In contrast, Plaintiffs have produced less than 5 gigabytes of data to Pilot and still have not completed their productions, so any suggestion that Pilot has caused unnecessary delay, or that an expedited schedule is necessary, is unfounded. Further, as noted above, the scope of Plaintiffs' discovery has been incredibly overbroad, and Pilot has properly objected to Plaintiffs' efforts to seek discovery regarding all of Pilot's over 5,500 customers, when this case centers on alleged misrepresentations made to only these Plaintiffs.

Americas 90559644

Dated:  May 5, 2015                                    Respectfully submitted,

By:   /s/ *Glenn M. Kurtz*
      Glenn M. Kurtz
      Gregory M. Starner
      Joshua D. Weedman
      WHITE & CASE LLP
      1155 Avenue of the Americas
      New York, NY 10036
      Phone: 212.819.8200
      Fax: 212.354.8113
      gkurtz@whitecase.com
      gstarner@whitecase.com
      jweedman@whitecase.com

      Mark T. Hayden (81782)
      TAFT STETTINIUS & HOLLISTER, LLP
      425 Walnut Street, Suite 1800
      Cincinnati, OH 45202
      (513) 357-9610
      (513) 381-0205 (fax)
      mhayden@taftlaw.com

      *Counsel for Defendant Pilot Travel Centers
      LLC*

Americas 90559644

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was filed electronically on May 5, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Glenn M. Kurtz*    
Glenn M. Kurtz

Americas 90559644