## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## COVINGTON DIVISION

| | |
|---|---|
| **IN RE: PILOT FLYING J REBATE LITIGATION** _____ This Document Relates to: *Wright Transportation, Inc. et al v. Pilot Corp., et al.,* Case No. 2:14-cv-00068-ART | MDL Docket No: 2515 Case No. 2:14-cv-00068-ART The Honorable Amul R. Thapar |

## MOTION TO AMEND PLEADINGS
_____

COMES NOW Plaintiff, Wright Transportation, Inc. ("Wright"), in the above matter, through undersigned counsel, pursuant to this Honorable Court's February 13, 2015, Scheduling Order (R. 168) and *Rule 15(a)(2)* of the *Federal Rules of Civil Procedure*, and files this motion to amend pleadings, as follows:

1. Wright has a pending breach of contract claim against Pilot Travel Centers, LLC, and pending unjust enrichment claim against Pilot Corporation, James A. Haslam, III, Mark Hazelwood, John Freeman and Brian Mosher. *See* R. 62, p.6; *Wright Transp.,* R. 1, & R. 68, p.5-6.

2. Pursuant to this Honorable Court's February 13, 2015, Scheduling Order, parties are instructed to join additional parties or amend pleadings by May 8, 2015. R. 168, p. 8.

1

3. In accordance with this directive, Wright hereby moves to amend its complaint to add a claim of Fraudulent Inducement against defendants Pilot Travel Centers, LLC, and James A. Haslam, III.

4. The proposed amendment to the complaint is attached to this motion and incorporated by reference.

WHEREFORE, Wright Transportation, Inc., respectfully requests that this Honorable Court allow the forgoing amendment to Wright's complaint adding a claim of Fraudulent Inducement against defendants Pilot Travel Centers, LLC, and James A. Haslam, III.

Respectfully Submitted,

/s/Stephen M. Tunstall
**Stephen M. Tunstall** (TUNSS4180)
STEPHEN M. TUNSTALL, P.C.
Post Office Box 152
Mobile, Alabama 36601
Tel: (251)432-2221
Fax: (251)432-2218
stephentunstall@yahoo.com
**Attorney for Wright Transportation, Inc.**

### CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of May 2015, I electronically filed the foregoing via the Court's CM/ECF System which will automatically send a copy to all attorneys of record in this case.

/s/Stephen M. Tunstall
Stephen M. Tunstall